IN THE United States District Court For Northern District of Illinois Eastern Division.

Miguel Rivera #64650.
PLAINTIFF,

-vs-

Hon. Judge. Edward, Fiala,
Hon. Judge. Marjorie Laws, C,
Atty. Frank, Edwards and A/s/A. Skipper, Pfeifer,
De.Te. Robert, Clemens and C/o. J. Valencia,
De.Te. Karen, Skipper,
Dept. of Chicago F.B.I - And Angent Jeff,
Donald, Carson, — Heather, Carson,
States. Atty. Dan, Tiernan, And
States. Atty. Arunas, Buntinas,
Public Defender. Monica, Johnson, And Ms. Lynn, Wilson, and.
Todd, A. Shanker, — Andrea, Monsees, Lester, Sinkle,
Chief. of The Forth Myer, FL States Attorney-offices,
Chief of The Public Defenders offices:
Ms. Vizik, Rogers, And Official Court Reporter.
Claudia M. Lemon, CSR, And Kenneth, Murdoch,

DEFENDANTS,

RECEIVED
7-7-2008
JUL 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv3848
JUDGE HOLDERMAN
MAG. JUDGE ASHMAN

CASE No:____

☑ Complaint is under The Civil Rights Act Title 42 section 1983 U.S. Code. Case of wrongful conviction And wrongful senteeins,

(1)

I.
PLAINTIFF: MIGUEL RIVERA, #64650, is PRESENTLY INCARCEATED AT Penitenciary of NM Correctional Facility. P.O. Drawer-1059, Sant Fe, New Mexico 87508-1530.

II.
Defendant.Judge: Edward, Fiala, is AN Court Judge AT The U.S. CRIMINAL Court House of Cook County AT 2650 S. CALIFORNIA Ave. Room 600, Chicago, Illinois. 60608. And as such is the Hearing Judg of Court-RePot of Procedings of December 12Th-day. And said Trial Judge on #13Th-day of December of 2001, And is ultimately Responsible For said wronful - Conviction. And wrongful Sentenceing with AN Extended Term of Three Counts of kidnapping Concurrent of 40 years - 5 years term for one Count of Aggravated Battery, AT 85% AN said Judge. He is being sued in his official and individual capacity,

Defendant.Judge: Marjorie C. Laws, is AN Court Judge AT The U.S.-Criminal Count House of Cook County AT 2650 S. CALIFORNIA Ave. Room 300. Chicago, Illinois, 60608. And as such is The Hearing Judge Presiding on Per Pettion for Post-Conviction Relief, of Case 01-CR-2646. And as such is Responsible for not Reivwing nor investagateing said Post-Conviction cause. And dismissing said Post-Conviction Relief on 3rd September-14Th-day of 2006, Without Calling The I.B.I. nor Julery W#5 Witness Ms. Sharon, Lunn, And Mis Jennifer, Schumal, nor Dete's Robert Clemons. And Dete's Karen, Skipper, nor The investagateing ASA-Skipper #20598 on Jan 11Th 2001. And not investagateins Police Reports From Police in Faruth My EarsFL. nor states Attorneys office, And allowin The Public defender Andra.a Monsees, not To Conduct an Investigation nor Questioning and Subpeona Each of Them for cause. And Judge is ultimately Responsible, And being sued in Her official and individual capacity,

Defendant. Attorney. Frank, Edwards is The Trial Attorney Fore The Defendant. Miguel, Rivera, in Case No. 01-CR-2646. That was ineffective Assistance of Counsel, is AN Attorney Law office At 4637 So. Lake Park, Chicago, Illinois. 60653, And Such is in Reated in failing To introduce evidence such Letters Proven That Their wasn't No kidnapping. before Trial And At Trial, And he never Return the evidence Back To Mr. M. Rivera. And is ulimately Responsible Fore This wrongful-Conviction-And wrongful-Sentenceing,

Defendant. Det. Robert, Clemens, is an Chicago Police officer at the Area Three Violent Crimes-unit at the Chicago Police department 2452 W. Belmont Ave. Chicago, Illinois, 60618. And as such is the Arresting-officer of this wrongful charge's of three counts of kidnapping, from Florida to Chicago And calling the Chicago's F.B.I. unlegal serge, by force with Det. Karn, Skipper, F.B.I. Mr. Jeff, for a crime that was not committed. And such is ultimately Responible for wrongful-arrest and wrongful charge's, He is being sued in his official and Individual capacity,

Defendant. Det. Karn, Skipper, is an Chicago Police officer at Area Three Violent Crimes-unit, At the Chicago's Police department 2452 W. Belmont Ave. Chicago, Illinios. 60618. And such is ultimately Responible for wrongful arrest and wrongful charge's of three counts of kidnapping. And prohibiteding statements and othere Police Reports, along with Det. Robert, Clemens, and the F.B.I.-Agent-Mr. Jeff, for a crime of kidnapping that was not committed. And doing unelegal sherge. By force. She is being sued in Her official and Individual capacity,
~~De~~

Defendant. C/o. J. Valemcia, is an ~~chic~~ Chicago. Police officer At the Area Three At 2452 W. Belmont Ave. Chicago's Police department in Chicago, Illinois. 60618. And as such is the Testifying officer at trial-stating He didn't know if their was an kidnapping, charge's, due to Heather, Carsons, statements. With Det. Karn, Skipper, that she went to live with Miguel Rivera, Willingly as a family with her two children-- Nicholas, and Isaiah. And Ms. H. Carson, Testify to a trial open court and Jury People on December 13th, 2001. That she and two chilren lived with Mr. M. Rivera. And as is ultimately Responsible for wrongful Police Reports, He is being sued in his official and Individual capacit,

Defendant. A-S-A-~~Pfeifer~~ -Peeifer- 2015-210, is the state attorney that interview Mr. M. Rivea in Lockup with Dets K. Skipper, Said States Attorney is to be at the office of 2650 S. California. Ave., in Circuit court Chicago, Illinois. 60608. And as such is ultimatately Responsible for help bein the Chicago Police Detes. ~~set~~ Set up Rivera on wrongful charge's, with the F.B.I. Mr Jeff, nad Det: Robert Clement she is being Sued in # Her official and Individual capacity

(3).

DeFendant. Donald, Carson, is The Father. of Heather, Carson, is At 828 Paplar Lane. In BooLenyBrook, Illinois. 60440. And As Such is ultimately Responsible For wrongful-Testimony At Trial To A Crime of kidnapping For The states Attorney's office That Was not committed Nor Arrested For, And He Perjury. himself As Heather, Carson, did on The Trial Stand on Dec. 13Th, 2001. And he is being sued in his official And Individual capacity,

DeFendant. Heather, Carson, is At The Father's Home At 828-Paplar Lane. In BooLenyBrook, Illinois. 60440. Or At C/o. Doreen, O'day 1031 14Th. st. S. Wisconsin Rapids, WI 54494. And As Such is being sued on unlawful Testimony And Perjury under oath After stating Two Jury Ladies. Ms. Sharon, lunn, __Jennifer, Schumal, she weren't kidnapped They Lived With Mr. Rivera. Judge. Mr. Fiala, Then Stated To The Court Report To Strick That? Then The Jury Ladies Removed Themselfs From The Jury, And she is being sued in her ~~Individ~~ Individal Capacity.

Defendant. States Attorney. Dan, Tiernan, is The State's Atty. office At The Circuit Court of Cook County, 2650 S. California Ave. In Chicago, Illinois. 60608., And As Such is ultimately Responsible For Tapering ~~Tu~~ Trial Jury. And wrongful-convictions And wrongful-~~sentee~~ sentceing. Along with Judge. Edward, Fiala, And Trial Atty. Frank, Edwards, And State's Atty. Arunas, Buntinas, P.D. Monica, Johnson, And He is being sued in his official And Individual Capacity.

Defendant. States-Atty. Arunas, Buntinas, is The State's-Atty. office At The Circuit Court of Cook County. 2650 S. California-Ave. In Chicago, Illinois. 60608., And As Such is ultimately Responsible For Jury-Tapering At Trial. And For Wrongful-charges And Conivitions, And Sentceing, Along with Judge. Edward, Fiala, And Trial Atty. Frank, Edwards, And State's Atty. Dan, Tiernan, P.D. Monica, Johnson, And He is being sued in his official And Individal Capacity.

Defendant. Monica, Johnson, is A-P.D. Atty. at the Cook County- Public Defenders. Office in the Circuit Court of Cook County, At 2650 S. California. Ave. in Chicago, Illinios. 60608. And As such is ultimately Resonsible For helping The State's Attorneys office And Trial Judge. Edward, Fiala, And Trial Atty. Frank, Edwards, For Fixing A Wrongful Convictions. And wrongful sentenceings of Wrongful-Charges of kidnappings. And For Failling To do A investgation and For Prohiten Evidence such as Letters. Into Court and Trial, When she was Removed From The case in June of 2001. And She is being sued in her official and Individual capacity.

Defendant. Todd, Shanker, is A P.D. Atty. At The Public Defender's office At 69 W. Washigton. 15th. Flr. Chicago, Illinios 60602. And As such is ultimately Responsible For Not doing A investgation in Said wrongful Charges. And Wrongful Conviction's, And Throwing The Frist Appeal For the State's Attorneys office. And He is being sued in his official and Individual Capacity.

Defendant. Andrea, Monsees, is A P.D. Atty. Cook County Public- Defenders office At 69 W. Washigton. 15th. Flr. Chicago, Illinios 60602. And As Such is ultimately Responsible For Refuseing To Contact witness. And Jury ladys. Sharon, lunn, __ Jennifer, Schumal, That will give statment to her being A Jury Parts. And will Testifiy in open Court, Their wasn't (No) kidnapping Committed. She Refuse To investgate The F.B.I. And Dets. Rober, Cle Hens, Karn, Skipper, the Evidence in Fruth Myers Florida State Atty. office. That have Prove. with the Lee County Police. That (No) That Their's No-kidnapping or Arrest For, And This Public Defender is Defendanting Monica, Johnson, And Refuse To investgate Judge. Edward, Fiala, And Atty. Frank, Edwards, and A Doctor is A witness. The Cause of being Heather and Miguel Doctor, and she And Judge. Laws, Refuse To give discovery And ALL Police Reports And statments. And As such is being sued in her official individual capacity.

Defendant. Lester, Sinkle, is The Head Preson. or Head of ALL Public defender's office of Attorneys. Cook County At 69 W.- Washigton. St. 15th Flr. Chicago, Illinios. 60602. And as such is ultimately Responsible For Said PD's- Attorney on case's oL CR-2646##06-2788. Wrongful-Conviction and Wrongful Sentceing Sued in His official And Individual Capacity.

(5.)

Defendant, Chief of the Foruth Myers Florida. State's Attorneys office at Foruth Myers Lee county Court house. on Dr. L. King Bld. in Foruth Myers Fl. And as such is ultimately responsible for the arrest of hit and run in a car. And out of state hit on a ASS-Battery for from Chicago, Illinois. And A/S. Attorneys office did a investgatetion. Heather, Carson, stated she and Kids we'rent kidnapp. They lived with Miguel, Rivera, And as such is being sued for with holding ALL Police Reports. And statments. And as such is being sued in their official individval capacity.

Defendant. Vicik, Rogers, is the Chief of the Public Defenders office at 69 W. Washigton. 16th. Flr. Chicago, Illinios 60602. And as such is ultimately responsible for Andrea, Monsees, for ordering not too Miguel, Rivera, no help in doing a investgatetion in the case to prove his innconce. Too lose the Post-Conviction Case No. 01-CR-2646. Throwing said cause two A/S. Attorney. office, And Refuseing her staff not to look into the evidence in Florida. Two prove the Plaintiff innconce. And for Refuseing Mr. M. Rivera, an copy of discovery ALL Police Reports and said statments of Det. Karen, - Skipper, the enter wribing Heather, Carson, stating she was not Kidnapped. And as such is being sued in her official individval capacity,

Defendant. Claudia, M. Lemon, csr. is a official Court Reporter. At the Circuit Court of Cook County. At 2650 S. California. Ave. in Chicago, Illinios. 60608. And as such is ultimately responsible for tapering with trial transcribe, and fixing the trial — transcribe for Judge. Edward, Fiala, on a wrongful-convictions at trial on December #12th. And Dec #13th. of 2001. And as such is being sued in her official individval capacity.

Defendant. Ms. Lynn, Wilson, is a Public defender Atty-That was asign to case No. 06-2788. After #17 to 18 Months, And she at 69 w. - Washigton St. 15. Flr. Chicago, Illinios 60602. And as such is ultimately responsible being ineffective Assistance of Counsel And Fileing Motions without leting the Plaintiff know, anything. So she is being sued for her being unaofficial individval capacity playing roll ineffective And Assistance of Counsel. Not informing Mr. Rivera. of being Counsel and Filing Motios Wrongful Motions,

(6).

The Result of Placing The Cook County Public Defenders office in said cause They Refuse To do A Investigation. And To enterivew witness And To get statments From The Jury witness's, knowing The case was Fixed For The state's Attorney office, Along with Public Defender Monica, Johnson, And Atty. Frank, Edwards, Judge. Edward, Fiala, The F.B.I. And Dets. Robert, Clemens, Karen, Skipper, on Wrongful-Charges And Wrongful-Convictions And Wrongful senteeing, even on The Appeal And Post-conviction.

I Have Filed Disciplinary Commission with Attorney Registration on Atty. Frank, Edwards, And Filed with The Judicial inquiry board on Judge. Edward, Fiala, And Judge. Laws, And The Plaintiff Mr. Rivera, don't know where To File He on Cook County Public Defenders-Attys. NO RELIEF,

This case have gone All The Way To The Supreme court. And back To The Lower court. And is back on Appeal, But Judge. Bell, Refuse To Appointment of Counsel other Than Public Defender office.

(7),

## STATEMENT OF CLAIM

ON AUGUST 27, 2000. BETWEEN 10:30 TO 11:00 PM I MIGUEL RECEIVED A PAGER CALL FROM MY GIRLFRIEND HEATHER, SAYING SHE WANTED TO TALK CONCERNING OUR RELATIONSHIP PROBLEMS. AT THAT POINT-TIME HER BOYFRIEND MICHAEL WHO SHE WAS RUNING BACK AND FORUTH TWO. SHE WAS STAYING WITH, HEATHER GAVE THE TELEPHONE TO MICHAEL. AND THEN HE STATED HE WANTED TO DISCUSS SOME MATTERS WITH ME ALSO. MICHAEL ASKED ME IF I WAS WORKING AND WANTED TO KNOW IF I COULD HELP OUT BY GIVING HIM A RIDE TO WORK I THEN STATED I COULD DO IT. ON AUGUST 28, 2000. ON OR ABOUT BETWEEN THE HRS OF 5:30 TO 6:10 AM. I, MIGUEL WAS ON GRANVILLE RD WAITING BESIDE MY CAR. WE GREETED EACH OTHER AND I ASKED IF IT WAS ALRIGHT IF I TALKED WITH HEATHER. HE STATED YES AND WE PROCEEDED TO HIS APT. WHILE WE WERE APPROACHING THE APT HE, MICHAEL ASKED WHAT I WANTED TO DISCUSS WITH HEATHER, I THEN STATED THATS BETWEEN HER AND I. WE HAD TO WALK THROUGH THE SECURITY LOBBY TO ENTER MICHAEL'S APT HOUSE, AND AT NO TIME DID MICHAEL SHOW ANY CONCENNS OF IT BEING ANY TROUBLE BY MIGUEL BEING THERE AS WE APPROACHED HIS APT, MICHAEL KEYED THE DOOR AND WE ENTERED. HE NOTIONED THAT HEATHER WAS IN THE BEDROOM. WHEN I SEEN HEATHER SHE PLEADED WITH ME ABOUT DISCUSSING OUR PROBLEMS ELSE WHERE AND SHE WANTED TO LEAVE AT THAT TIME MICHAEL ENTERED THE BEDROOM AND SHOUTED, "I'M TIRED HEATHER OF YOU CALLING MIGUEL EVERYTIME WE HAVE A PROBLEMS AND THE SAME THING WITH HIM. YOU'LL CALL ME EVERYTIME THE TWO OF YOU HAVE PROBLEMS. THEN AT THIS POINT AND TIME HEATHER AND I STARTED GATHERING UP THE KIDS AND BELONGINGS AND WHILE I WAS HEADED TOWARD THE STAIRS MICHAEL CAME RUNNING OUT THE ROOM AREA WITH HIS HAND HIGH ABOVE HIS HEAD I COULDNT REALLY SEE WHAT HE HAD, BUT WE STARTED FIGHTING AT THAT MOMENT WE STUMBLED TO THE STAIRS AND WHEN WE GOT UP, I COULD SEE MICHAEL HAD BLOOD COMING FROM THE FRONT OF HIS SHIRT. THEN AS MICHAEL RAN OUT THE APT SEOUND DOOR UP STAIRS HEATHER CAME DOWNSTAIRS WITH THE KIDS AND SHE STATED HES GOING TO GET CALL THE POLICE THEN WE LEFT.

ON AUGUST 28, 2000. FROM MICHNELS HOUSE WE STOPPED AN GOT GAS FOR THE CAR. FROM THERE, WE STOPPED AT ARE APT. IN CICERO, IL TO PICK UP CLEAN COLTHING SO WE ALL TO WERE. THEN TO A MOTEL IN NORTH RIVERSIDE AND SLEPT OVER NIGHT. "AT NO TIME DID SHE "HEATHER" EVER FEEL THAT SHE NOR HER TWO KIDS WAS BEING FORCED TO BE WITH MR. M. RIVERA. WHAT SO EVER, "HEATHER" HAD AM AMPLE OPPORTUNITIES TO GO TO OR CALL THE AUTHORITIES "IF" SHE FELT THAT I WAS HOLDING HER AGAINST HER WILL. AND A-S-ATTORNEY Ms. PEPPER, SET THE WRONGFUL CHARGES IN PLAY WITH DET. R. CLEMENS. ON JAN 11th, 2001,

(8).

"ON September 1, 2000. My Mother-Emily Rivera, Heather Carson, And her kids And Miguel Rivera, Went To The "Currency Exchange" To Pick up our S.S.I. Checks. We Taking Ms. Rivera. Back To The Nuering home, Then we even went strat downtown To The Greyhound-Bus-Terminal where We paid $345.00 For Three*3-Tickets To go To Foruth Myers Florida, We got To Florida on Sept 3, 2000. Heather And kids And Miguel. stayed in Nother Motel Fore Two 1/2 days That Satday We had Rented A Apt. On *9-5-00. At 602 SE.13Th ST. Cape Coral FL.33990. Under The Names Miguel Rivera, And Heather Carson, With City Hall of Cape Coral. Next door The Cape Coral-Police Dpt. And one 1/2 Blocks From our home. And At No Particular Time. Did Heather Attempt To call Nor go To Anyone concerning Any Trouble. After Living in The Apt. A week or so we had To The Social Security Office in North Riveraside, IL. And The 1-800 Number. To have our S.S.I. Checks Transfered To FL. Now Concerning This IE: Kidnapping, While All The Time I was working Fore Hayward Constrnction Company. In Florida, I was going Throughout Florida Building new homes. Not one Time did Heather ever go To Any Authorities To state she And her kids we're bing Held Against her Will? Fore The Next For(4) Month's Living in Florida, while going Shipping And going To Christmas Partys! Heather, Carson, even File Fore Public Aid For Food Stapes. This is The best Of My Recollection To what did Happen on These day And Nights Pertaining These incidents, even our son orlonzo Rivera, Born in FL as well To. Now Det. Karn, Skipper, Police general Prgess Reports And Summery Reports And Heather, Carson, Statements Reports. "Do not states she Nor her kids we're kidnapped, They State we Lived With Miguel in Florida. But At Trial Ms. Carson. Testoin Testified To A Juryers Ms. Jennifer, Schumal, — Ms. Sharon, LMNN, On The Witness stand "We Livd With Miguel Rivera," And Heather. Also Stated To The Jury she believed she don't believe she saw Miguel Threw some knife over a cemetery wall? And he wasn't Armed After That, Then Court officilReport, Ms. Claudia. M. LeMon, And Judge. Edward, Fiala, order These Testimony's out of The Records. Then At sentenced date, The Defendant counsel-Atty. Frank, Edwards, Testified That Mr. Duffin. If he was To Testify he would Testify To Miss Carson. in The Apartment did not See A knife. But She saw The knife When Mr. Rivera. Threw it over The wall and he was leaving out of The Apartment. But Then Det. Robert, Clemens, Police Reports States That After Fore(4)-month's After The Agg-Battery, in January or About Feburary of 2001. Heather, Carson, Went Two The Rosewell-Cemetery. At 10: PM Then The Next day They Went Back, do To havy sow Sonw The Medital's DeTic der's did Not Work. This is The same Det. Robert, Clemens, That Arrested Mr. M. Rivera And beated him up Puting in The hosptial on Irivng Park Rd Western Ave. in 1990. On 5-21-1990 Fore An Residential Burglary,

(9).

But when said cause comes before the court The Public defenders office Refuse To listen To even Investiage This case. And Judge's in Cook County Court House, The Post-Conviction That was in front of Judge Ms.C. Laws, shouldn't have been dismissed. And The Public Defender Ms. A. Monsees, Refuse To speak with Jury people That did witness. A wrongful Jury Trial, By A Fixed Conviction By said Defendants. Judge. Edward, Fiala, P.D. Monica, Johnson, And Atty. Frank, Edwards, Who That Judge. Edward, Fiala, did in Facted Ask fore Atty. Frank, Edwards, To Represent Miguel, Rivera, and said States-Atty. Dan, Tiernan, __ Arunas, Buntinas, To Fixs this cause in Favor To the States And Judge. Fiala, By Inforeing A Duobble Jeperdy Act. Inforceing An Wrongful-Convictions And Wrongful-Senteeing, Were The Plaintiff. Was Convited in 1992 was giving #12yrs. AT 50% he serve 6, And was let out in 1997. Now The Plaintiff Was Convicted And Wrongfuly-Senteeing of Three Counts of Kidnapping. That wasn't Committed on 8-28-00, is now serving #40-Years AT 85% with An Extended Term. Meaning Judge. Fiala, Impost A life or Death Senteeing? Without Leting The Jury see Heather. Carsons. letters To Miguel, Rivera, "Stating She And her Two Kids We re Not Kidnapped. Mening Their isn't No Real Evidence AT All," And The F.B.I. Talk with when They Pulled guns on Miguel, Rivers. Sister Maria, Rivera, And Her kids on or About 8-29-00 8-30-00. And Miguel. did call The F.B.I. on 8-29-00. Judge. Fiala. Inforced This Wrongful. Conviction __ Senteeing fore The State Attorneys And Monica. Johnson-P.D.o. fore his Retierment, in The Months of May or April of 2001. Heather, Carson, Makes A Phone Call To A Mr. Noel, Rivera, knowing To Miguel are Friends. Heather informs Noel. That Miguel, Rivera, in Jail AT Cook County Jail he Needs help, And the police Reports __ Heather, Carson, Statesments Told Def. Karen, Skipper, And Robert Clemens That Miguel's, Sister __ Maria, Rivera, Taking A Drive To Too the store? After # on or About #17=To1@Month The Public Defenders office Just Be ggin To Take MY calls In The Month of April 22, 2008, I called To Get Emergency Help. do To Medical Trouble I Been having on going Bleeding From Hemroids... I Need Sugery, and I have An Hernia... and Lumbs tectics. The State of New Mexico Prisons are Refusing Me (Sugery.) But I Found out By The Public defenders offices and Judge Bell. Just Asign A P.D. To MY Case. A Mis. Lynn, Wilson, I Then Call Back on May 14th. 2008. One of The Superioers. Mr. Harold J. Winston, Have To Go To get P.D. Ms. Lynn Wilson, because Their Main offices number will Not Take MY collect Calls... and Mr. Lester Sinkle, Placed Andrea, Monsees, and public (10) Defeder Ms Lynn, Wilson,

On May 14th 2008. Ms. Lynn Wilson, stated to Mr. M. Rivera. That she filed a Motion to Remove her self from the Case No: 06-2788, without Mr. Rivera. even knowing she was P.D. Attoney on my case, she states there isn't no Grounds for an Appeal. do two P.D. Andrea Monsees, ineffective Assistance of Counsel, and all the others public defender's that was Asigned to your case Mr. Rivera. your case is so far missed-up. she did not know what to do in my case No: 06-2788. Meaning as the Plaintiff Health and saftey is in danger the public defenders is delying, and refusing to help him prove his innocents and doing as the two Judges says and the states Attorneys offices, Tells the P.Ds Not to go cross state lines in this case. And the Plaintiff was transfered to New Mexico A state prison that do unlawful Medical Threatmeans And Rasce state, the Public defender's Attorney offices is by time for the Lementions for the Police reports two run out! And Not to do an investagetion in behafe of the Plaintiff case. like all the public defenders Attorney did Asigned. To the case, the Plaintiff is being Threated unlawful Because the state and Judge Mr. E. Fialia. and Judge Ms. Laws... and the public defender office missed this case up, and stating that the F.B.I. don't have nothing to do in this wrongful conviction, and wrongful senting, they are the only ones that did an investagetion. on May 15th 2008. Public Defender. Ms. Lynn. F. Wilson, stated on the telephone Call AT New Mexico Time 10:20 AM. That the post-conviction Public defender...Ms. Andrea Monsees, fail to prove that Mr. M. Rivera. is ill and not fit to stand trial Because she did not get no statements from any Doctors. and That Andrea Monsees, Reports pro do not se, show that she was to do invesaghoning your case nor contact no Jury witness's nor call P.L... Meaning she under-minded your case ineffective, and the F.B.I. is the only Police that investaged this case, do to the Chicago, Police Detes. on May 16th, 2008. I, M. Rivea have received public defender's Mrs. Lynn, F. Wilsons, Motion. in the Plaintiff this cause this public defender is showing true failer on evey public defender I A (II) Judge Appointed, and trial Attorney

Miguel Rivera #64650
pro, se.

WHERE FORE, PLAINTIFF PRAYS THIS HONORABLE COURT TO GRANT HIS RELIEF OF WRONGFUL CONVICTION, AND WRONGFUL SENTEEING DAMAGES IN PHYSICAL AND EMOTIONAL SUFFERING He's ENDURED DUE TO DEFENDANTS ACTIONS. AND GRANT HIM AN INVESTAGEION — APPOINTMENT OF COUNSEL OTHER THAN THE PUBLIC DEFENDERS OFFICES, "ProBono Law COUNSEL OR FROM THE WRONGFUL — CONVICTION CENTER, FORE THE PLAINTIFF." DUE TO THE PUBLIC DEFENDER FAILLER, RETALIATION, NEGLIGENCE, RETALITORY ACTIONS. DUOBBLE JEPERDY, AND GRANT PLAINTIFF PRELIMINARY HEARING REPORTS, IN FURTHER SUPPORT ALL DEFENDANTS DENIED DISCOVERY — ALL POLICE REPORTS. DENIEDS TO PROVIDE THE SAFE OF PLAINTIFF MEDI MENTAL HEALTH ISSUES IN STATE COURT,

"JURY TRIAL DEMANDED."

### RELIEF

$200,000.00 JOINTLY AND SEVERALLY AGAINST ~~Dane~~ DEFENDANTS JUDGE. MR. E. FIALA, ATTY. MR. F. EDWARDS, DET. ROBERT, CLEMENS, DET. KAREN, SKIPPER, STATES ATTORNEYS — DAN, TIERNAN, — ARUNAS, BUNTINAS, JUDGE. Ms. C. LAWS, F.B.I. ~~Fe~~ JEFF, CHIEF OF THE FORTH MYERS FLORIDA. STATES ATTY. OFFICES, PUBLIC DEFENDER Ms. LYNN, WILSON,
$50,000.00 JOINTLY AND SEVERALLY AGAINST DEFENDANTS NAMED ABOVE FOR WRONGFUL CONVICTIONS AFTER BEING REMOVD AS COUNSEL MONICA, JOHNSON, AND REFUSING TO DO INVESTAGETION OF SAID CASE. TODD. A. SHANKER, ANDREA, MONSEES, CHIEFS OF PUBLIC DEFENDERS — VICIK ROGERS, ALL COUNSELS WERE INEFFECTIVE.
$25,000.00 JOINTLY AND SEVERALLY AGAINST DEFENDANTS CLAUDIA M. LEMON, FOR TAPERING TRIAL TRANSCRIBE AT TRIAL FOR ~~JUDGE~~ FIALA, AND DONALD, CARSON, FOR WRONGFUL TESTIMONY AND PERJURY AT TRIAL, AND HEATHER, CARSON,

TO ISSUE THAT COVERAGE OF PROCEEDINGS BE PLACED ON COURT-T.V. SO TAX PAYERS CAN ACTUALLY WITNESS WHERE THEIR HARD-EARNED MONEY HAS WENT TO PAY INDIVIDUALS WHO BELITTLE, UNDERDERMIND THE LAW AND COURT. AND CARELESS ABOUT THE REHABILITATION OF THE SAFETY OF OFFENDERS AND THAT PLAINTIFF TO BE RELEASED, OR GIVEN A NEW TRIAL.

I DECLARE UNDER PENALTY OF PERJURY ALL FACTS GIVEN ARE TRUE AND CORRECT.
SIGNED THIS DAY ___ OF ___, 2008
/s/ Miguel Rivera #64650
Pro-SE, SIGNATURE OF PLAINTIFF
Miguel Rivera #64650
~~CNMCFCMBUAPA-1-B-F-107~~
~~Po Drawer #1328~~
~~Los Lunas, NM 87031~~

Penitentiary of New Mexico
4311 State Hwy P.O. Box 1059 (12) Santa Fe, 87508-1530

DECLARATION UNDER PENALTY OF PERJURY.

THE undersigned declares under Penalty of Perjury that he/she is The Applicant in This Action, That he/she has Read This Petition And That The Information here contained in This Petition is True And correct. 28 u.s.c. § 1746; 18 u.s.c. § 1621.

Executed AT: ~~ENMDF/GURU/APA-1-B-E-101, P.O. Box DRAWER #1328~~
~~Los Lunas, NM 87031.~~
Penitentiary of New Mexico, 4311 State Hwy P.O. Box 1059
Santa Fe, NM 87508-1530.                    __/__/2008

/s/ Miguel Rivera #64650
APPlicant's original Signature.
of Pro. SE,