**PRISONER CASE**

MHN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

FILED
JUL 7 2008
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** MIGUEL RIVERA

**Defendant(s):** EDWARD FIALA, et al.

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**

Miguel Rivera
#64650
Penitentiary of New Mexico
P.O. Box 1059
Santa Fe, NM 87504

**Defendant's Attorney:**

08cv3848
JUDGE HOLDERMAN
MAG. JUDGE ASHMAN

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes　[ ] No

**Signature:** A. E. Woodham　　**Date:** 07/07/2008