IN THE UNITED STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF Illinois
EASTERN Division

**FILED**
JUL 7 2008 aw
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Miguel Rivera #64650, Pro SE:
Plaintiff,

— Vs —

People of the State of Illinois
Hon. Judge: Edward Fiala et At,
Defendants.

08cv3848
JUDGE HOLDERMAN
MAG. JUDGE ASHMAN

## Motion For leave To Proceed in forma Pauperis

Now Comes the ~~defendant~~ Plaintiff Pro SE before This Court and Respectfully Request That ~~defendant~~ Plaintiff be Granted leave To File in Forma Pauperis The Attached Petition For Civil Rights Act Title 42 Section 1983 U.S. Code. Case of Wrongful Charge and Conviction/ Wrongful Sentceing/ Inforcing A Duobble Jeperdy Act. In Support of This Request, defendant Rivera States The Following:

1.) ~~Defendant~~ Plaintiff is A out of State-Con-packed in the State of New Mexico. And he is Presently incarcerated at CNMCF/APA-1-B-E-101. P.O. Box 1328. Los Lunas, NM 87031, and he has been Since 2006.

2.) ~~Defendant~~ Plaintiff has been Sentenced to Three Concurrent Extended Terms of Forty (40) Years and a Concurrent Five Years-Sentence.

3.) ~~Defendant~~ Plaintiff is presently without No assets or any source of income in which to pay for the cost of these proceedings.

## Conclusion

Wherefore The ~~defendant~~ Plaintiff Pro SE Prays That The leave be Granted To leave To File in Forma Pauperis and The Attached Petition For Civil Rights-Act Relief.

Respectfully Submitted,
Miguel Rivera #64650
Miguel Rivera #64650.
Pro SE, ~~CNMCF-APA-1-B-E-101,~~
~~P.O. Box 1328,~~
~~Los Lunas, NM 87031,~~
PKM of New Mexico - P.O. Box
New Adderss 9311 State Hwy. Santa. Fe, 87608

1057

IN THE United STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF Illinois
EASTERN DIVISON

MHl

Miguel Rivera, #64650 Prose.
PLAINTIFF,

— Vs —

People of The STATes of Illinois
Hon. Judge; Edward Fiala, et Al.
DEFENdants,

08cv3848
JUDGE HOLDERMAN
MAG. JUDGE ASHMAN

CASE No: _____

FILED
JUL 7 2008
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Affidavit in Support of Request To Proceed in Forma Pauperis

I, Miguel Rivera, being first duly sworn depose and say that I am the Plaintiff in the above entitle cause: in support of my Motion To Proceed without being Required to pre-pay fees, costs or give security.

1.) Are you presently employed? No

2.) Do you own any cash or have money in a checking or savings account? No

3.) I don't have any means of financial support or money coming into my account. This facility refuse to give me an transaction printout for the lets six months, I need help from the court, to tell them to give you one.

Wherefore Plaintiff prays that the Hon. Court Grants him to leave to proceed in Forma Paupeis.

Respectfully submitted,

Miguel Rivera, #64650,
Pro. SE.
Penitentiary of New Mexico
4311 State Hwy. P.O. Box 1059,
Santa Fe, 87508-1530