IN THE UNITED STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF Illinois
EASTERN Division

Miguel Rivera, #64650, Pro SE;
Petition,

_vs._

People of the States of Illinois
Hon. Judge: Edward Finla. et At.
DEFENDanTs.

08cv3848
JUDGE HOLDERMAN
MAG. JUDGE ASHMAN

CASE N°: 

FILED
JUL 7 2008 aw
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion For Appointment of Counsel other than Public Defender:

Now Comes Plaintiff and Respectfully Moves This Most honorable Court for an order of appointment of Counsel other Than Public Defender. In support of this Motion Plaintiff States As Follows;

1.) That Plaintiff is Presently held in Custody at the CNMCF/APA-P. P.O. Box 1328 Los Lunas, New Mexico 87031.

2.) Plaintiff is without Sufficient Funds, income or assets with which To Pay For The Costs Of These Proceeding or To Employ an Attorney From the center on Wrongfully Convictions or Jenner; Block To Represent him in this Matter due To the Public DEFENDERS Actions, All That was Appionted were ineffective.

3.) Plaintiff States That he has Metirious Issues which is Neither Frivolous or Melicious.

4.) Plaintiff is without Services of counsel and wishes That This Most honorable Court Grant and Appoint Counsel other Than Public defender, To Represent him in this Matter.

Wherefore Plaintiff Prays That This Most honorable Judge And Court Grant This Motion For Appointment of Counsel.

/s./ Miguel Rivera #64650.
Pro-SE,