IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS
EASTERN DIVISION

MIGUEL RIVERA, #64650, Pro SE;
PLAINTIFF,

—VS.—

People of The STATEs of Illinois.
Hon. Judge: Edward Fiala. et At,
DEFENDANTS

FILED
JUL 7 2008
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv3848
JUDGE HOLDERMAN
MAG. JUDGE ASHMAN

THIS Motion is To COMPEL The U.S. STATE's ATTORNEY's OFFICE; Public defender as well, PLAINTIFF STATE's AS Follows:

Now Come's The PLAINTIFF, I. MIGUEL Rivera, IN The Above Cause And RESPECTFULY REQUEST ThAT THis Honorable Court FEDERAL Judge To GRANT HIM RELIEF ON The Above MOTIONS To COMPEL The STATES ATTORNEYS OFFICE, To RELEASE To The FEDERAL court Judge, And RELEASE (ALL) Police Reports, and STATMENTS, Records, And GenRAL Reports, and

1. The Addresses And TelePhone Numbers of Said witness IN My Trial of Jury People, SHARON, LUNN, JENNIFER, schuMaL, ARIELE, Pachero, And RoGelio, RoGEL, DONNA, BillMEIR, And Florinda, Boswell, Bienvenido, Rosero, And Erika, Colin, ChrYL, Panknii And Michelle, Yolonda, ARana, Cousineau, P. MarYanne, JosPer And Artur, Bochenski, Roderick, wright, Angelo, Zafiris, IN Case No: CR, 2646.

2. And of witness ThaT Judge And STATEs ATTORNEYs failed To CALL FoR Trial: Maria, Rivera, BRYANT, G. Rivera, AT 2240 S. Kenilworth. Berwyn, IL. 60402. And Det. Robert, CLEMENS, Det. KAREN, SKIPPER, And Edith, Guzman, Noel, Rivera, At Realy AdvaTage, Cicero. IL 60804 6018 W. Cermak Rd. T/P/n, 708-222-9600, And Monica Johnson, Public Defendanter. F.B.I. A. Jeff, And STATEs Attorney Ms. SKIPPES, #s. Mg 20578.

3. To be SeApena fore Trial IN The Above Cause.

Miguel Rivera, #64650,
Pro. SE,