\*– EMEREGNCY ATTENTION –\*  1st-d  MHH

08cv3848
JUDGE HOLDERMAN
MAG. JUDGE ASHMAN

June 17, 2a,

to;. the clerk of court,

from: Miguel Rivera #646

FILED
JUL 7 2008 aew
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

case 1-06-20

An Emeregncey Transfre taking place on June 13, 2008. I am now at the penitentiary of New Mexico, ~~4311 Santa fe~~ 4311 ~~State~~ Hwy 4311, Santa fe, NM 87508-1530. hosuse in 3B-Q-103.

\*– Attention –\*

But also I'am up on awaiting to be Transfered Back to chicago, Il., to the Illinois River corr. ctr. witness protection unit for my ~~own~~ saftey.! Hopfuly!

and may I please have a copy back marked filed!

thank, you, for, your, time, help, understanding,

C.C.
M.R.

Miguel Rivera, #64650
  Plaintiff,

— Vs —

Hon. Judge Edward Fiala, et Al.,
  Defendants;

## IN THE STATE of NEW MEXICO-To-Illinois

### PROOF/CERTIFICATE of SERVICE BY MAIL

I Hereby Certify That A copy of The Foregoing Petition was Maid To:

To: Office of The clerk of The
U.S. District court of
Prisoners Correspondences
IN The U.S. Court House
219 S. Dearborn St.
Chicago, IL. 60604.

To: The ATTY. General
Lisa Madigan
100 W. Randolph St., 13th. Flr.
Chicago, IL. 60601.
(312) 814-3654/7202.

### VERIFICATION

Miguel Rivera #64650, I'am Presently Incarcerated AT The CNMCF/CMRU/Main in Correctional Center facility of New Mexico. P.O. BOX 1059 Los Lunas N.M. 87031. Please Take Notice That on 6-27-08, I have Placed These Documents listed Below in The Institutional Mail AT CNMCF/CMRU Main N.M. Correctional facility, properly addressed To Parties listed Above for Mailing threw The N.M. U.S. Postal Serice, pursuant To 28 USC 1746, 18 USC or 735 ILCS 5/1-109, I declare under Penalty of Perjury That I'am A Named Party in The above documents and That The Information Contained Therein is True and Correct To The Best My Knowledge.

/s/ Miguel Rivera #64650.
       Pro. Se,