IN THE UNITED STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 7 2008
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Miguel Rivera #64650, PRO SE:
PLAINTIFF,

— Vs —

People of the State of Illinois
Hon. Judge: Edward Fiala, et Al,
Defendants;

08cv3848
JUDGE HOLDERMAN
MAG. JUDGE ASHMAN

Motion To Conduct An Investigation, Permission To Enter Investigation Questioning Jury People And Subpeona Each of Them And the Following Witness Into Examination For Cause of The Elements of Trial, and Following witness of cause.

Now Comes The ~~defendant~~ PLAINTIFF in The above Cause and Respectfuly Request This Most honorable Court To Grant him Relief on above Motion:

1.) Sharon, Lunn, witness At Jury,
2.) Jennifer, Schumal, witness At Jury,
3.) Ariele, Pachero,
4.) Rogelio, Rogel,
5.) Donna, Billmeir,
6.) Florinda, Baswell,
7.) Bienvenido, Rasero, Forefeman
8.) Erika, Colin,
9.) Chryl, Panknin,
10.) Michelle, Gambino,
11.) Yolonda, A Rana,
12.) Cousineau. P,
13.) MaryAnne Jasper,
14.) Artur, Bochenski,
15.) Roderick, Wright,
16.) Angelo, Zafiris,
17.) Maria, Rivera,
18.) Bryant, G. Rivera,
19.) Frank, Edwards,
20.) Rick, Duffin,
21.) Robert, Clemens, Chicago Detes
22.) Karen, Skipper, Chicago Detes

1. of 2.

23.) HEATHER, Carson,

24.) Donald, Carson,

25.) Edith, Guzman, witness,

26.) Noel, Rivera,

27.) Monica, Johnson,

28.) ~~F.B.I. A. Jeff,~~

WHEREFORE, The ~~Defendant~~ PLAINTIFF, Prays that this Motion in particular to conduct an investigation, of a wrongful jury. Permission to enter interrogative questioning and to subpoena each of the above witness into examination for cause be hereby Judge. Jury in a trial, granted.

/s/ Miguel Rivera #64650
PROSE,

2