IN THE UNITED STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF Illinois
EASTERN _____ DIVISON.

MHN

MIGUEL Rivera #64660
PLAINTIFF,

—Vs,—

People of The STATes of Illinois,
Hon. Judge: Edward Fiala, et At
DeFeNdanTs,

08cv3848
JUDGE HOLDERMAN
MAG. JUDGE ASHMAN

FILED
JUL 7 2008 aaw
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MoTion For Discovery in Favorable Evidence To Plaintiff

Now Comes The Plaintiff herein and Prays that the Plaintiff Moves This Hon. Court Two ENTER AN oRDER in This Cause REQuiRing The Prosecution To disclose And Relative To any Tangible objects, To Possesion Produce For inspection and ALL Copying by Plaintiff, All Evidence in The Possesion and Control of the Prosecution, or others, when The Evidence May be Elements and Material To Plaintiff innocense, or Could Reasonably weaken or affect any Evidence Proposed To be introduced Against Plaintiff, or is Relavant To This Case, or in any Manner May aid Plaintiff in The Ascertainment of The Truth; The disclosure and Production To be Made without Regard To whether The Evidence To be disclose and Produced is deemed admissible at The Trial herein; said disclosure and Production To include but not be Limited To The Following Evidence;

1.) Statements of All individuals who have been interviewed by the Prosecution or its agents in F.B.I. and in Conjuction with This case. and whom The Prosecution does not intend To call at trial.

- 1 -

2.) Any and all MEMORAND or SUMMARIES of any ORAL STATEMENTS made to the PROSECUTION or its AGENTS by any individual in CONJUCTION with this case, whether or not STATEMENTS if the STATEMENTS were in writing, have been signed and or APPROVED by the witness, or the STATEMENTS relate to the PROSED subject matter of the direct TESTIMONY of the witness at TRIAL.

3.) Any and all STENOGRAPHIC RECORDING or TRANSCRIPTION of any ORAL STATEMENTS that is MISSING from Trial TRANSCRIPTS. And made by any individual to the PROSECUTION or its AGENT in CONJUCTION with this case, whether or not the RECORDING or TRANSCRIPTION is A substantially VERBATIM RECITAL of the STATEMENTS, or the STATEMENT relates to the PROPOSED subject matter of the direct TESTIMONY of the witness at TRIAL.

4.) The STATEMENTS of inividuals or MEMORANDA or RECORDING of any ORAL STATEMENT of any inividuals as F.B.I., whether or not made to the PROSECUTION or its AGENTS. And the Chicago, IL. Police/Detes.

5.) The TRANSCRIPTS of the TESTIMONY provided before the GRAND JURY during its INVESTIGATION by F.B.I. and Consideration of the subject matter herein by any inividuals whether or not the STATE - PROSECUTION intends to call them to TESTIFY at TRIAL.

6.) Any and all MEMORANDA, documents or STATEMENTS used by the Chicago Police Detes. and PROSECUTION during its investigation of the case.

7.) The Names of all PERSONS who may have some knowledge of the facts F.B.I. of the case, F.B.I., S.S.I. Records, FL-Public Aid office.

8.) A copy of the CRIMINAL RECORDS of all PERSONS the PROSECUTOR intends to call at TRIAL,

— 2 —

9.) all REPORTS and MEMORANDA PREPARED on behalf of the STATES PROSECUTION or otherwise IN CONNECTION with the INVESTIGATION of the CaSE.

10.) WRITTEN OR RECORED STATEMENTS or a SUMMARY of any STATEMENT Made by PLAINTIFF or and the Foruth Myers Police Reports Copies of Such STATEMENTS by the office of Children and Familys IN F-FL.

11.) The RESULTS of REPORTS of any SCIENTIFIC TEST or EXPERIMENTS or STUDIES Made IN CoNNECTION with the Case, or copies of such REPORTS.

WhEREFoRE the PlaiNTiFF RESPECTFully REQUESTS that the Relief Sought in this Motion be in all RESPECTs GRanTEd.

/s/ Miguel Rivera #64650
PRo SE,

- 3 -