IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ILLINOIS
EASTERN DIVISON

FILED
JUL 7 2008 aw
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MIGUEL RIVERA #64650, PRO SE:
PLAINTIFF,

— VS —

PEOPLE OF THE STATES OF ILLINOIS
HON. JUDGE: Edward Fiala, et al,
DEFENDANTS,

08cv3848
JUDGE HOLDERMAN
MAG. JUDGE ASHMAN

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

NOW COMES THE PLAINTIFF, MIGUEL RIVERA, and RESPECTFULLY REQUEST THIS COURT TO ISSUE A WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO THE WARDEN OF (NMCF/APA-1-B-E-101. P.O. Box 1328. Los Lunas, NM IN SUPPORT THEREOF THE FOLLOWING HEREIN IS STATED:

1.) THAT THE PLAINTIFF IS CURRENTLY INCARCERATED IN THE STATE OF NEW MEXICO DEPARTMENT OF CORRECTION AT NMCF CORR. CTR.

2.) THAT PLAINTIFFS PRESENCE IS NECESSARY TO PROPERLY PRESENT THIS CAUSE OF ACTION.

3.) THAT THE WARDEN OF CNMCF/APA-CORRECTIONAL CENTER IS:
ROBERT ULIBARRI, (WARDEN)
CNMCF/APA.
P.O. Box 1328
Los Lunas, NM 87031.

WHEREFORE PLAINTIFF PRAYS FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM.

/s/ Miguel Rivera #64650
PRO SE