10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
AUG 4 2008
Aug 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Miguel Rivera #64650.
Plaintiff

v.

Edward Fiala
Defendant(s)

CASE NUMBER 08-C-3848
JUDGE JAMES F. HOLDERMAN

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Miguel Rivera #64650, declare that I am the ☒plaintiff ☒petitioner ☐movant (other Then) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # 64650　Name of prison or jail: Penitentiary of New Mexico.
   Do you receive any payment from the institution? ☐Yes ☒No Monthly amount: N/A

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: N/A
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: 12-8-00
      Monthly salary or wages: $350.00 Hr.
      Name and address of last employer: City Transfer I can't Remember.

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: ___
      Name and address of employer: ___

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages　　　　　　　　　　　　　　　　　　　☐Yes ☒No
      Amount ___ Received by ___

b. ☐ Business, ☐ profession or ☐ other self-employment　　☐Yes　　☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends　　☐Yes　　☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
　　☐Yes　　☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances　　☐Yes　　☒No
Amount_____ Received by _A Friend use To help But No more._

f. ☐Any other sources (state source: _____) ☐Yes ☐No
Amount_____ Received by _Tom Filkovic / My X Wife Maria Spancer_

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?　　☐Yes　☒No　　Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?　　☐Yes　☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?　　☐Yes　☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
　　☐Yes　☒No
Property: _N/A_
Current value: _____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_My sons, Orlanzo J. Rivera, Adam M. Rivera, and My Grandson, Adam M. Rivera,_

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7-22-08

Miguel Rivera, #64650
(Signature of Applicant)

Miguel Rivera #64650
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Miguel Rivera, I.D.# 64650, has the sum of $.11¢ on account to his/her credit at (name of institution) The Penitentiary of NM

★ I further certify that the applicant has the following securities to his/her credit: 7.46 Discharge Acct. I further certify that during the past six months the applicant's average monthly deposit was $14.00.
(Add all deposits from all sources and then divide by number of months)

7/29/08
DATE

SIGNATURE OF AUTHORIZED OFFICER

Evelyn Abeyta Fin. Spec.
(Print name)

★ Discharge Acct - Monies Cannot be used until inmate leaves facility.

Copies of Statements enclosed

rev. 10/10/2007

Date 07/29/2008     New Mexico Corrections Department     Page 1 of 1

Inmate Trust Accounting     abete783

**Account Transaction History**

From 01/01/2008 To 07/29/2008

| Offender Name | | NMCD # Account Description | | Account Number |
|---|---|---|---|---|
| RIVERA, MIGUEL | | 64650 INMATE REGULAR SPENDING | | 33955 |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
|  | 01/01/2008 | Beginning Balance |  | .17 |
| 1017003 | 02/11/2008 | Cash Receipt - RIVERA, MARIA S | 85.00 | 85.17 |
| 1023998 | 02/18/2008 | Commissary Purchase; Invoice 9 | -24.75 | 60.42 |
| 1025331 | 02/22/2008 | Commissary Purchase; Invoice 9 | -7.60 | 52.82 |
| 1028037 | 03/10/2008 | Commissary Purchase; Invoice 9 | -2.70 | 50.12 |
| 1039337 | 03/24/2008 | Check 535975 - ACCESS CATALOG COMPANY | -22.19 | 27.93 |
| 1039338 | 03/24/2008 | Check 535976 - MUSIC BY MAIL | -21.45 | 6.48 |
| 1039563 | 03/25/2008 | Void Check 535976 - MUSIC BY MAIL | 21.45 | 27.93 |
| 1039564 | 03/25/2008 | Void Check 535975 - ACCESS CATALOG COMPANY | 22.19 | 50.12 |
| 1039750 | 03/25/2008 | Check 536109 - ACCESS CATALOG COMPANY | -22.19 | 27.93 |
| 1039758 | 03/25/2008 | Check 536117 - MUSIC BY MAIL | -21.45 | 6.48 |
| 1040505 | 03/31/2008 | CNMCF-NC/8-124 POSTAGE CHARGE 03-31-08 | -.48 | 6.00 |
| 1040505 | 03/31/2008 | CNMCF-NC/8-124 POSTAGE CHARGE 03-31-08 | -.48 | 5.52 |
| 1041824 | 04/07/2008 | Commissary Purchase; Invoice 9 | -5.50 | .02 |
| 1048359 | 04/14/2008 | Cash Receipt - RIVERA, MARIA S | 130.00 | 130.02 |
| 1053442 | 04/21/2008 | Commissary Purchase; Invoice 9 | -34.26 | 95.76 |
| 1054509 | 04/25/2008 | Commissary Purchase; Invoice 9 | -24.10 | 71.66 |
| 1058402 | 05/12/2008 | Commissary Purchase; Invoice 9 | -11.50 | 60.16 |
| 1058643 | 05/12/2008 | Check 536684 - JACK L MARCUS INC | -56.00 | 4.16 |
| 1067290 | 05/20/2008 | Commissary Purchase; Invoice 9 | -3.30 | .86 |
| 1067909 | 05/22/2008 | Commissary Purchase; Invoice 9 | -.75 | .11 |
|  | 07/29/2008 | Ending Balance |  | .11 |

Date 07/29/2008

**New Mexico Corrections Department**
Inmate Trust Accounting

**Account Transaction History**
From 01/01/2008 To 07/29/2008

Page 1 of 1
abete783

| Offender Name | NMCD # Account Description | Account Number |
|---|---|---|
| RIVERA, MIGUEL | 64650 DISCHARGE MONEY | 33956 |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
| | 01/01/2008 | Beginning Balance | | 7.76 |
| | 07/29/2008 | Ending Balance | | 7.76 |