08C3848

| ☐ CNMCF/CMRU/CMU PO Drawer 1328 Los Lunas, NM 87031 | ☐ GCCF P.O. Box 520 Santa Rosa, NM 88435 | ☐ LCCF 6900 W. Millen Dr. Hobbs, NM 88244 | I'M ☑ PNM PO Box 1059 Santa Fe, NM 87504 | ☐ SNMCF PO Box 639 Las Cruces, NM 88004 | ☐ SNMCF-POU PO Box 20005 Las Cruces, NM 88004 | ☐ WNMCF PO Drawer 250 Grants, NM 87020 |

FILED

Name: Miguel Rivera
No. 64650  Unit N-3B-W-162

AUG 7 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Date: Aug 4th, 2008.

Dear Mr. Michael Dobbins, clerk, and court,

*—Attention Please—*

My name is Miguel Rivera, #64650, and my case no. is -08-C-3848-

May I please know have you received the forma pauperis forms back. They were fill out by the inmate's trust-fund accounts, and mailed back to you on or about 7-30-08 or 31-2008. I'm asking you this because I may be haven a problem with my mail, so also I have been told by the law library staff on thursday-30th-2008, that they will not be given me no more legal copies, because I can only get $200.00 in legal copies, or if the Judge give me a court order for them to give me legal copies... because within the next too to three weeks I will be filing a motion that I am working on at this point and time, so I hope and pray that the Judge takes this letter as an motion to request for court order for P.N.M. law library and warden, to give me legal copies for this cause -08-C-3848-, I do thank you for your time, help, and understanding.

Sincerely yours,
Miguel Rivera #64650.