# United States District Court
## Northern District of Illinois
### Eastern Division

Miguel Rivera                                         **JUDGMENT IN A CIVIL CASE**

      v.                                         Case Number: 08 C 3848

Edward Fiala, et al

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that This action is dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim.

                                      Michael W. Dobbins, Clerk of Court

Date: 8/20/2008                                        _____
                                                  /s/ Gladys Lugo, Deputy Clerk