IN THE united STATES DISTRICT Court FOR NORTHERN DISTRICT oF Illinois

EASTERN —— DIVISON

MHN

FILED
8-28-2008
LCW
AUG 2 8 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MiGueL Rivera #64650. Pro.SE;
PlAinTiFF,

—VS—

Hon.Judge: Edward FiAla, et AT,
Defendants,

CASE No: 08-C-3848.
HoN. Judge: HOLDERMAN,
MAGISTRATE JUDGE ASHMAN.

Court order: FoRE,
Motion FoR leave to do AN Depositions To said PartYs Name below,

NoW Comes The PlAinTiFF: MiGueL, Rivera, iN The above Cause And RESPECTFulY REQUEST This Most HoNoRable Court To GRant Him RELIEF IN ~~doing~~ Given A DePosiTions To said PratYs do Too The TesTimonYs.of Trial, and Said JURies and WiTness STATe's As Follows:

1) The PlainTiFF is PRESENTlY Held iN CusTodY AT The PeniTenTiary of New Mexico, P.O.Box 1059 – Santa Fe, N.M. 87504 – 1059, IN-N-3B-~~[illegible]~~. U-1.09,

2) PlAinTiFF. is WithouT SUFFICIENT Funds oR Aid To PaY to do AN DePosiTions Too said ~~PRATYS~~. PRATYs.

3) PlAinTiFF, HoPes ThaT This Hon: CourT will GranT him To do A DePosiTion's. Too Jury WiTnesss AT Jury TriaL. Ms. ShARON, Lunn, ANd Ms. JENNIFER, SchuMaL, By TelePhone. The STATe's ATTorneYs AND PuBlic defeder's offices. HAve ~~[illegible]~~ Address's AND Their Phone umbers.

5.) HEaTher, Carson,: Address. 1150 16Th. APT #2A - Wisconsin, Rapids WI, 54449. out of STaTe hiT or AT Fathers Addres blow,

6.) Donald, Carson,: Address. 828 poplar Lane. Boilling Brook, IL. 60443.

7.) EdiTh, Guzman, witness. Address. ReaLTY AdvaTagment 6019 W. CeRMak Rd. Cicero, IL. 60804 - TP 708-222-9600,

8.) Noel, Rivera, Addres: ReaLTY AdvaTagment 6019 W. CeRMak Rd. Cicero, IL. 60804. T-PN-M. 708-222-9600 C-312-510-3746

9.) Monica, Johnson, Address. of PUBLIC DefeNdeR office 69 W. WASHINGTON. 15Th. flr. Chicago, IL. 60602

10.) F.B.I. A. Jeff, The Chicago, Il. Police DepT. Det. RoberT, CLemens AT Belmont & WesTern, have T-phone Number and Address of F.B.I. he Called The F.B.I. in ou case. Aug 28 oR 29-00

11) THere is An Vandeadla BeTween The chicago Police DeTe. RobeRT, CLeMens, From The passed in The year of 1990, complainT was filed AT Illan STATe Police I/A. and medical RePorT aT an HosPiTaL in chicago, IL. oN IRiving Park/western. This DeTe. BeaT Me, PlaiNTiFF,

WhEREFORE, The ~~defendant~~ Prays THAT This MoTion IN ParTicular To Conduct AN INvesTigation, of A Wrongful Jury. PeRmission To ENTER INTERRoGaTive QUESTionG and To SubPoENa Each of The above witness iNTo ExaMiNaTion For Cause be heReBy Judge Jury iN A TriaL, GRanTed. and DeposiTins. BY PlainTiff. Mr. M. Rivera BY Telephone,

/s/ Miguel Rivera #64650
PROSE,



| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|
| CNMCF/CMRU/CMU<br>PO Drawer 1328<br>Los Lunas, NM 87031 | GCCF<br>P.O. Box 520<br>Santa Rosa, NM 88435 | LCCF<br>6900 W. Millen Dr.<br>Hobbs, NM 88244 | PNM<br>PO Box 1059<br>Santa Fe, NM 87504 | SNMCF<br>PO Box 639<br>Las Cruces, NM 88004 | SNMCF-POU<br>PO Box 20005<br>Las Cruces, NM 88004 | WNMCF<br>PO Drawer 250<br>Grants, NM 87020 |

Name Miguel Rivera
No. 64650 Unit N-3B-U-109.

Date: 8-21-2008.

To: the ClerK and Judge,

Judge: Holerman,
case No: 08-C-3848,
Magistrate Judge Ashman,

Dear Sir, *-Emeregnce Please*,

My name is Miguel Rivera #64650. I Hope and pray that the Judge will take this important letter to be taking as an Motion,

I the plaintiff, comes befor this court and Respectfully Request Help in a Emeregnce. Because I am having Serious trouble out in the Dept of Corrections law libaray head Staff and warden. they Refuse to give me legal copies concerning this (case 08-C-3848) I do believe that the Judge need to order an court to the warden here at the (PeniTenTiary of New Mexico.)

in this letter their is a Motion for Depposition to be taking By telephone. too said Partys, as you can see their is one motion and no copies because the P.N.M.F. ~~Refuses~~ Refuse to give me legal Help in copies, may I please have an copy marked filed Please. could you please get Back to me as soon as possible. thanK you very much,

Sincerely
Miguel Rivera #64650

Page: ____________

MiGueL Rivera, #64650
PlAiNTiFF,

\- Vs -

HoN. Judge. Edward Fiala, et At.,
Defendants,

IN THE STATE of NEW MEXico-To-ILLinois

PROOF/CERTIFICATE OF SERVICE.
BY MAIL

I HeReby CertiFY That A CoPY of The ForeGoing Petition was Maild To:

To: oFFice of The clerk of The
u.s. DisTRicT court of
PRisoneRS CorresPoneNce's
IN The u.s. Court House
219 S. Dearborn ST.
Chicago, IL. 60604.

To: The ATTY. GeNeral
LisA MADIGAN
100 W. Randolph ST., 13th Flr.
Chicago, IL. 60601.
(312) 814-3654/7202.

VeRiFiCATioN

MiGueL Rivera #64650, I AM PReseNTLY iNCARceTed AT The ~~CNMCF/CMRU/~~Main CoRRecTional CenTeR facility of New Mexico. ~~P.O. Box~~ 1059 ~~/~~ Lunas N.M. 87031.

Please Take NoTice That on 8-21-08, I have Placed These Documents listed Below in The INSTITUTIONAL Mail AT CNMCF/CMRU/Main N.M. Correctional facility, ProPeRly addressed To PaRTies listed Above for MaiLing ThReW The N.M. U.S. PosTal SeRice.

; PURSUANT To 28 USC 1746, 18 USC OR 735 ILCS 5/1-109, I declaRe under Penalty of PerJuRY ThAT I'am A Named ParTY iN The above documents and That The iNFoRmaTioN ContaineD Therein is TRue and CorrecT To The Best MY KnoWledge.

/s/ Miguel Rivera #64650.
PRo. SE,