# IN THE UNITED STATES DISTRICT NORTHERN DISTRICT of Illinois
## EASTERN DIVISION

Miguel Rivera #64650, PRO SE:
PLAINTIFF,

— vs —

People of the State of Illinois

Hon. Judge: Edward Fiala, et al,
Defendants;

FILED
Law
AUG 28 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE No: 08-C-3848

## Motion To Conduct An Investigation, Permission To Enter Investigation Questioning Jury People And Subpoena Each of Them And the Following witness Into Examination For Cause of the Elements of Trial, and Following witness of Cause.

Now Comes The ~~Defendant~~ PLAINTIFF in the above Cause and Respectfully Request This Most honorable Court To Grant him Relief on above Motion:

1.) Sharon, Lunn, witness At Jury,
2.) Jennifer, Schumal, witness At Jury,
3.) Ariele, Pachero,
4.) Rogelio, Rogel,
5.) Donna, Billmeir,
6.) Florinda, Boswell,
7.) Bienvenido, Rasero, Fore Feman
8.) Erika, Colin,
9.) Chryl, Panknin,
10.) Michelle, Gambino,
11.) Yolonda, Arana,
12.) Cousineau. P,
13.) MarYanne Jasper,
14.) Artur, Bochenski,
15.) Roderick, Wright,
16.) Angelo, Zafiris,
17.) Maria, Rivera, 2240 S. Kenilworth Berwyn, IL 60402
18.) Bryant, G. Rivera, same home
19.) Frank, Edwards,
20.) Rick, Duffin, Law of
21.) Robert, Clemens, Chicago Detes
22.) Karen, Skipper, Chicago Detes Address
Bellmont & Western Police Dept.

1-2

DECLATION UNDER PENALTY OF PERJURY.

THE undersigned declares under penalty of perjury that he/she is the Applicant in this Action, that he/she has Read This Patition And That The Information here contained in this Petition is true And correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed AT: ~~CNMCF/GRMY/APA-T-B-E-tab, P.O. Box DRAWER #1328 is LUNAS NM 87031.~~ Penitentiary of New Mexico, 4311 State Hwy P.O. Box 1059 inTa Fe, NM 87508-1530.    8/21/2008

/s/ Miguel Rivera #64650
APPlicants oRiginal Signature.
oF Pro. SE,

(#3,)